UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: Maria Reddick,<br><br>Plaintiff. | Case: 1:17-mc-00631<br>Assigned To : Unassigned<br>Assign. Date : 3/22/2017<br>Description: Misc. |

ORDER DENYING MOTION TO SEAL CASE

Plaintiff, appearing *pro se*, has filed a motion to file her civil complaint under seal "to protect the reputation of [the] high profile person" she is suing. "Absent statutory authority, no case or document may be sealed without an order from the Court." LCvR 5.1(h). "[T]he starting point in considering a motion to seal court records is a 'strong presumption in favor of public access to judicial proceedings.' " *Primas v. D.C.*, 719 F.3d 693, 698 (D.C. Cir. 2013) (quoting *EEOC v. National Children's Center, Inc.*, 98 F.3d 1406, 1409 (D.C. Cir. 1996) (other citation omitted). Most importantly here, it is axiomatic that a plaintiff cannot act on behalf of an opposing party.

Accordingly, it is

ORDERED that Plaintiff's Motion to File Documents Under Seal is DENIED, and this miscellaneous action is closed.

Date: March 22, 2017

United States District Judge