AO 240 (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Maria D. Reddick ) | |
| *Plaintiff Petitioner* ) | |
| v. ) | Civil Action No. |
| Congressman John Conyers, Jr., et al ) | |
| *Defendant Respondent* ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ N/A _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
I am currently unemployed and receive $425 00/week ($1700.00/month) income pre-tax.

My gross pay or wages are:  $ _____ 1,700.00 _____ , and my take-home pay or wages are:  $ _____ 1,448.00 per

*(specify pay period)* _____ month _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☑ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☑ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☑ No
(e) Gifts, or inheritances                            ☐ Yes    ☑ No
(f) Any other sources                                 ☑ Yes    ☐ No (unemployment)

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
Rent Payments: I receive $1650/mo income rental income for a property and the monthly mortgage payment for this property is $2656.57. It is anticipated that the rental income will be increased to $3125/mo.

Self Employment: Additionally, I am self employed, income is commission based, please see attached Profit and Loss for the last 90 days.

Other: I get unemployment compensation of $1700.00 monthly, pre-tax; $1448.00, after taxes.

RECEIVED

FEB 23 2017

Clerk, U.S. District and
Bankruptcy Courts

AO 240 (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $    230.00  .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
Primary Residence, 4012 14th St NW, Washington, DC  20011 - $600,000.00 (aprox value)
Vehicle 1, 2012 Range Rover - $30,000.00 (aprox value)
Vehicle 2, 1992 Volvo V70, $2500.00 (aprox value)

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Mortgage Payment  - $2626.57/mo
Vehicle 1 Loan Payment - $989.00 (Loan Balance: $41,923.00)
Vehicle 2 Loan Payment - $90.00 (Loan Balance: $3212.51)
Health Insurance - $386.00
Car Insurance - $355.00
Utilities - $1019.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Office Overhead, Equity Management - $1460.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 2/28/2017

*Applicant's signature*

Madia D. Reppick
*Printed name*

|  | Dec 1, 2016 - Dec 31, 2016 |  |  |
|---|---|---:|---:|
| **Operating Revenue** | | | 12,080.75 |
| 12/1/2016 | Income Carryover | -1,344.25 | |
| 12/1/2016 | Rent - D Moore | 750.00 | |
| 12/15/2016 | Rent - W Baiza | 900.00 | |
| 12/30/2016 | UI | 1,700.00 | |
| 12/30/2016 | TX - G Anekwe | 9,725.00 | |
| 12/30/2016 | TX - G Anekwe Fee | 350.00 | |
| | Gross Revenue | 12,080.75 | |
| Expenses | | | |
| | **Overhead (fixed expenses)** | | 6,268.32 |
| | Office Rent | 1,460.00 | |
| | Mortgage - 14th St | 2,626.57 | |
| | Car 1 | 991.75 | |
| | Car 2 | 99.00 | |
| | Business Insurance | 252.00 | |
| | Health Insurance: | 386.00 | |
| | Car Insurance: | 0.00 | |
| | Stud Loan 1 | 355.00 | |
| | Stud Loan 2 | 98.00 | |
| | Total Overhead Expenses | 6,268.32 | |
| | **Operating (variable) expenses** | | 1,618.51 |
| | Cell Phone | 0.00 | |
| | Utilities: Home Phone Payment | 7.00 | |
| | Utilities: Cable/Internet Payment | 310.51 | |
| | Utilities: Electric Payment | 145.00 | |
| | Utilities: Gas Payment | 0.00 | |
| | Utilities: Water Payment | 0.00 | |
| | Vehicle Gas | 200.00 | |
| | Monthly Food Costs | 650.00 | |
| | Medical / Dental Costs: | 50.00 | |
| | Monthly Prescriptions: | 31.00 | |
| | Revolving Credit: Navy Fed | 98.00 | |
| | Revolving Credit: Credit One | 29.00 | |
| | Revolving Credit: Wayfair | 39.00 | |
| | Revolving Credit: Overstock | 59.00 | |
| | Total Operating Expenses | 1,618.51 | |
| | Total Expenses | 7,886.83 | 7,886.83 |
| | | | |
| Gross/Pre-tax Income | | | 4,193.92 |
| | Income taxes | | 1404.96 |
| | | | |
| Net income (after taxes) | | | 2,788.96 |

| | | Jan 1, 2017 - Jan 31, 2017 | |
|---|---|---:|---:|
| **Operating Revenue** | | | 7,113.96 |
| | Income Carryover | 2,788.96 | |
| 1/1/2017 | Rent - D Moore | 750.00 | |
| 1/25/2017 | Rent - W Baiza | 900.00 | |
| 1/30/2017 | Q St Rental Commission | 975.00 | |
| 1/30/2017 | UI | 1,700.00 | |
| | Gross Revenue | 7,113.96 | |
| Expenses | | | |
| | **Overhead (fixed expenses)** | | 7,134.28 |
| | Office Rent | 1,460.00 | |
| | Mortgage - 14th St | 2,626.57 | |
| | Car 1 | 989.00 | |
| | Car 2 | 99.00 | |
| | Business Insurance | 252.00 | |
| | Health Insurance: | 386.00 | |
| | Car Insurance | 868.71 | |
| | Stud Loan 1 | 355.00 | |
| | Stud Loan 2 | 98.00 | |
| | Total Overhead Expenses | 7,134.28 | |
| | **Operating (variable) expenses** | | 6,534.69 |
| | Cell Phone | 1,993.93 | |
| | Utilities: Home Phone Payment | 7.00 | |
| | Utilities: Cable/Internet Payment | 165.98 | |
| | Utilities: Electric Payment | 145.00 | |
| | Utilities: Gas Payment | 649.46 | |
| | Utilities: Water Payment | 800.00 | |
| | Vehicle Gas | 200.00 | |
| | Unexpected Vehicle Repairs | 1,322.32 | |
| | Monthly Food Costs | 650.00 | |
| | Medical / Dental Costs: | 300.00 | |
| | Monthly Prescriptions: | 76.00 | |
| | Revolving Credit: Navy Fed | 98.00 | |
| | Revolving Credit: Credit One | 29.00 | |
| | Revolving Credit: Wayfair | 39.00 | |
| | Revolving Credit: Overstock | 59.00 | |
| | Total Operating Expenses | 6,534.69 | |
| | Total Expenses | 13,668.97 | 13,668.97 |
| | Gross/Pre-tax Income | | -6,555.01 |
| | Income taxes | | 0.00 |
| | Net income (after taxes) | | -6,555.01 |

| | | Feb 1 2017 - Feb 27 2017 | |
|---|---|---:|---:|
| Operating Revenue | | | -3,255.01 |
| | Income Carryover | -6,555.01 | |
| 2/1/2017 | Rent - D Moore | 750.00 | |
| 2/15/2017 | Rent - W Baiza | 850.00 | |
| 2/27/2017 | UI | 1,700.00 | |
| | Gross Revenue | -3,255.01 | |
| Expenses | | | |
| | Overhead (fixed expenses) | | 6,767.77 |
| | Office Rent | 1,460.00 | |
| | Mortgage - 14th St | 2,626.57 | |
| | Car 1 | 989.00 | |
| | Car 2 | 99.00 | |
| | Business Insurance | 252.00 | |
| | Health Insurance: | 386.00 | |
| | Car Insurance | 502.20 | |
| | Stud Loan 1 | 355.00 | |
| | Stud Loan 2 | 98.00 | |
| | Total Overhead Expenses | 6,767.77 | |
| | Operating (variable) expenses | | 3,333.04 |
| | Cell Phone | 353.58 | |
| | Utilities: Home Phone Payment | 7.00 | |
| | Utilities: Cable/Internet Payment | 160.00 | |
| | Utilities: Electric Payment | 145.00 | |
| | Utilities: Gas Payment | 649.46 | |
| | Utilities: Water Payment | 800.00 | |
| | Vehicle Gas | 200.00 | |
| | Monthly Food Costs | 650.00 | |
| | Medical / Dental Costs: | 100.00 | |
| | Monthly Prescriptions: | 43.00 | |
| | Revolving Credit: Navy Fed | 98.00 | |
| | Revolving Credit: Credit One | 29.00 | |
| | Revolving Credit: Wayfair | 39.00 | |
| | Revolving Credit: Overstock | 59.00 | |
| | Total Operating Expenses | 3,333.04 | |
| | Total Expenses | 10,100.81 | 10,100.81 |
| Gross/Pre-tax Income | | | -13,355.82 |
| | Income taxes | | 0.00 |
| Net income (after taxes) | | | -13,355.82 |