Under Seal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maria Reddick
4012 14th St NW
Washington, DC 20011
Phone: (202) 497-2611
    *Plaintiff, Pro Se*

v.

Congressman John Conyers, Jr.
2426 Rayburn House Office Building
Washington, DC 20515
    *Defendant*

and

Raymond Plowden, Chief of Staff
2426 Rayburn House Office Building
Washington, DC 20515
    *Defendant*

and

Yolonda Lipsey, District Director
669 Federal Building
231 W. Lafayette
Detroit, MI 48226
    *Defendant*

CIVIL ACTION NO.:

Date Action filed:

**PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL TO PROTECT THE REPUTATION OF A HIGH PROFILE PERSON**

Pursuant to Local Rule 5.1(j), defendants hereby request that all matters in the action Reddick v. Conyers, et al be filed under seal for the following reasons:

1. Defendant John Conyers Jr is not only a Member of Congress but is a high profile person of influence. Defendant Conyers is nationally recognized for both his tireless civil rights work and legislative record over the last fifty (50) years and most recently

- 1 -

RECEIVED
FEB 2 3 2017
Clerk, U.S. District and
Bankruptcy Courts

Under Seal

was honored with an exhibit in newly opened National Museum of African American History and Culture (NMAAHC).

2. While Plaintiff desires to exercise all remedies and rights available, Plaintiff does not wish to irreparably harm Defendant Conyers.

3. Plaintiff cites the Federal Rules of Civil Procedure, Rule 5.2(d), which states that a court may order that a filing be made under seal and may later unseal the filing or order the person who made the filing to file a redacted version for the public record.

WHEREFORE, Plaintiff moves the court to enter an order allowing the filing of this Complaint under seal.

|  | Respectfully submitted, |
|---|---|
| Dated: February 28, 2017 | Maria D. Reddick, Pro Se<br>4012 14TH St NW<br>Washington, DC 20011<br>Telephone: (202) 497-2611<br>*Plaintiff* |

Under Seal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maria Reddick<br>4012 14th St NW<br>Washington, DC 20011<br>Phone: (202) 497-2611<br>   *Plaintiff, Pro Se*<br><br>v.<br><br>Congressman John Conyers, Jr.<br>2426 Rayburn House Office Building<br>Washington, DC 20515<br>   *Defendant*<br><br>and<br><br>Raymond Plowden, Chief of Staff<br>2426 Rayburn House Office Building<br>Washington, DC 20515<br>   *Defendant*<br><br>and<br><br>Yolonda Lipsey, District Director<br>669 Federal Building<br>231 W. Lafayette<br>Detroit, MI 48226<br>   *Defendant* | CIVIL ACTION NO.:<br><br><br><br>Date Action filed: |

**ORDER FOR PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL TO PROTECT THE REPUTATION OF A HIGH PROFILE PERSON**

It is so ORDERED.

- 3 -

Under Seal

Signed,

Dated: _____   _____
                            Judge

- 4 -