Subject to Motion Under Seal

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Maria Reddick
4012 14th St NW
Washington, DC 20011
Phone: (202) 497-2611
       Plaintiff, Pro Se

v.

Congressman John Conyers, Jr.
2426 Rayburn House Office Building
Washington, DC 20515
       Defendant

and

Raymond Plowden, Chief of Staff
       Defendant

and

Yolonda Lipsey, District Director
       Defendant

CIVIL ACTION NO.:

Date Action filed: 3-16-2017

## DISMISSAL WITH PREJUDICE
(Sexual Harassment, Retaliation and Hostile Work Environment in federal service and Constructive Discharge)

COMES NOW the Plaintiff Maria Reddick, proceeding Pro Se, and hereby requests to voluntary dismiss the above entitled cause of action as to all parties with prejudice.

Respectfully submitted,

Dated: March 16, 2017

Maria D. Reddick
4012 14th St NW
Washington, DC 20011
Telephone: (202) 497-2611
*Plaintiff, Pro Se*

- 1 -

Subject to Motion Under Seal

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maria Reddick<br>4012 14th St NW<br>Washington, DC 20011<br>Phone: (202) 497-2611<br>    *Plaintiff, Pro Se*<br><br>v.<br><br>Congressman John Conyers, Jr.<br>2426 Rayburn House Office Building<br>Washington, DC 20515<br>    *Defendant*<br>and<br><br>Raymond Plowden, Chief of Staff<br>    *Defendant*<br><br>and<br><br>Yolonda Lipsey, District Director<br>    *Defendant* | CIVIL ACTION NO.:<br><br><br>Date Action filed: |

**ORDER FOR PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Plaintiff's Motion to Dismiss with Prejudice for this cause of action as to all parties.

It is so ORDERED.

| | |
|---|---|
| | Signed, |
| Dated: _____ | _____<br>Judge |